IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANNE CIPRESSI | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | NO.  10-1584 |
| | : | |
| BRISTOL BOROUGH, et al. | : | |
| | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this 27th day of February, 2012, upon consideration of Plaintiff Joanne

Cipressi's "Motion for Disqualification of Christopher P. Gerber, Esquire, Counsel for Defendants

Bristol Borough, Arnold Porter, Joseph Moors and Randy Morris" (Doc. 54), together with the

"Reply of Defendants Borough of Bristol, Arnold Porter, Randy Morris and Joseph Moors to

Plaintiff's Motion for Disqualification" (Doc. 59) and "Supplemental Brief of Defendants, Borough

of Bristol, Arnold Porter, Randy Morris and Joseph Moors to Plaintiff's Motion for Disqualification

and Supplement to Motion for Disqualification" (Doc. 64), and for the reasons set forth in the

Memorandum Opinion filed on this same date, it is hereby **ORDERED** that Plaintiff's Motion is

**DENIED without prejudice**.

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE